UNITED STATES DISTRICT COURT
For the
District of Minnesota

| | |
|---|---|
| **BEREKET K. KAHSAI,** <br><br> Plaintiff(s), <br><br> v. <br><br> **MEGAN J. BRENNAN, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,** <br><br> Defendant(s). | Civil Action No. 19-cv-2128 DWF/DTS <br><br> **RECEIVED** <br><br> OCT 15 2019 <br><br> CLERK, U.S. DISTRICT COURT <br> MINNEAPOLIS, MINNESOTA |

**REQUEST FOR ENTRY OF DEFAULT**

Comes now Bereket Kahsai and hereby request the clerk to enter a default against the defendant, **MEGAN J. BRENNAN, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, on the basis that record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a)** Of the Federal Rules of Civil Procedure.

A copy of the proposed Order is enclosed.

Respectfully submitted,

*[signature]*

Bereket Kahsai
nhbi@hotmail.com

Date:  10/15/2019

1