

# UNITED STATES DISTRICT COURT
## District of Minnesota

Kate M. Fogarty, Clerk
Tricia M. Pepin, Chief Deputy Clerk

| Warren E. Burger Federal Building and U.S. Courthouse<br>316 North Robert Street, Suite 100<br>St. Paul, MN  55101<br>(651) 848-1100 | U.S. Courthouse<br>300 South Fourth Street<br>Suite 202<br>Minneapolis, MN 55415<br>(612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse<br>515 West First Street, Suite 417<br>Duluth, MN 55802<br>(218) 529-3500 | Edward J. Devitt U.S. Courthouse and Federal Building<br>118 South Mill Street, Suite 212<br>Fergus Falls, MN  56537<br>(218) 739-5758 |

October 23, 2019

**Bereket Kahsai**
4037 42nd Avenue South
Minneapolis, MN 55406-3528

RE: 19-cv-2128 DWF/DTS, Kahsai v. Brennan

Dear Bereket Kahsai:

After reviewing the docket in your case, the Application for Entry of Default (Docket Entry No. 5) is denied because the record does not show that Defendant Megan J. Brennan was properly served in accordance with Federal Rule of Civil Procedure 4.

If you disagree with this decision, you may file a motion with the Court.

Sincerely,

**Kate M. Fogarty, Clerk**

By: lmb, Deputy Clerk