UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Bereket Kahsai, | Case No. 19-cv-2128 (DWF/DTS) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Megan J. Brennan, *Postmaster General, U.S. Postal Service,* | |
| Defendant. | |

---

The above matter came before the Court upon Plaintiff Bereket Kahsai's Motion for Entry of Default Judgment [Docket No. 7].

The Clerk of Court previously denied Plaintiff's Application for Entry of Default [Docket No. 5] because the record does not show that Defendant has been properly served in accordance with Rule 4 of the Federal Rules of Civil Procedure. *See* Oct. 23, 2019 letter to Plaintiff, Docket No. 6. Plaintiff then brought this motion, but did not provide evidence that Defendant has been served with the lawsuit, only that a summons was issued. *See* Exhibit 1 (copy of Summons in a Civil Action) to Motion, Docket No. 8. The lawsuit cannot proceed until Defendant is served.

Accordingly, the Court recommends dismissal without prejudice of Plaintiff's default motion and that Plaintiff serve Defendant no later than December 30, 2019. If Plaintiff does not effect service by that date, the Court will recommend that the lawsuit be dismissed for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

## RECOMMENDATION

IT IS HEREBY RECOMMENDED that:

1.  Plaintiff shall serve Defendant with the summons and complaint <u>no later than December 30, 2019</u>. If Plaintiff does not effect service by that date, the Court will recommend that the lawsuit be dismissed for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

2.  Plaintiff's Motion for Entry of Default Judgment [Docket No. 7] be dismissed without prejudice.

Dated: October 30, 2019

                                                  s/David T. Schultz  
                                                  DAVID T. SCHULTZ  
                                                  United States Magistrate Judge

## <u>NOTICE</u>

**Filing Objections:**  This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. LR 72.2(b)(2). All objections and responses must comply with the word or line limits set for in LR 72.2(c).