# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Bereket Kahsai,                                           Civil No. 19-2128 (DWF/DTS)

        Plaintiff,

v.                                                                                **ORDER**

Megan J. Brennan,

        Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated October 30, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. Plaintiff shall serve Defendant with the summons and complaint <u>no later than December 30, 2019</u>. If Plaintiff does not effect service by that date, the Court will dismiss the lawsuit for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

2. Plaintiff's Motion for Entry of Default Judgment (Doc. No. [7]) is

**DENIED WITHOUT PREJUDICE**.

Dated:  November 25, 2019        s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge