UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Bereket Kahsai, | Case No. 19-cv-2128 (DWF/DTS) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Megan J. Brennan,<br>*Postmaster General,*<br>*U.S. Postal Service,* | |
| Defendant. | |

---

The above matter is before the Court on Plaintiff Bereket Kahsai's Motion for Entry of Default Judgment [Docket No. 13].

In an Order dated November 25, 2019 [Docket No. 10] the Court ordered Plaintiff to serve Defendant with the Summons and Complaint no later than December 30, 2019; stated that, if Plaintiff did not do so, the Court would dismiss the lawsuit for failure to prosecute under Rule 41 of the Federal Rules of Civil Procedure; and denied Plaintiff's motion for default judgment [Docket No. 7].

In response to the Order, Plaintiff did not serve Defendant as ordered. Rather, Plaintiff filed an Amended Complaint on December 20, 2019 [Docket No. 11] but the record does not show that Plaintiff served a Summons and Amended Complaint on Defendant, either before or after the December 30, 2019 deadline set by the Court. The record shows only that a summons was issued. As pointed out in the previous Report and Recommendation dated October 30, 2019 [Docket No. 9] and in the Clerk Of Court's October 23, 2019 letter to Plaintiff [Docket No. 6], that is insufficient; the

Defendant must be served in accordance with Rule 4 of the Federal Rules of Civil Procedure. Plaintiff now brings another motion for default judgment [Docket No. 13].

## RECOMMENDATION

IT IS HEREBY RECOMMENDED:

1. that this action be dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute.

2. that Plaintiff's Motion for Entry of Default Judgment [Docket No. 13] be denied.

Dated: March 13, 2020

                                                            s/David T. Schultz
                                                            DAVID T. SCHULTZ
                                                            United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. LR 72.2(b)(2). All objections and responses must comply with the word or line limits set for in LR 72.2(c).